U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

OCT 2 3 2017

AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

)
                  **Plaintiff(s)**
)
JOHN ALVIN BECK
)
          **vs.**
)
UNITED STATES GOVERNMENT
)
SMITH SONIAN INSTITUTION
)
DAVID S KORTON      **Defendant(s)**
)

Civil Case No.:
3:17-CV-1174(GTS/DEP)

**CIVIL**
**RIGHTS**
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ☒ JURY    ◯ COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.    This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.    Plaintiff: JOHN ALVIN BECK

      Address: 422 CHAMPLIN Rd.

              Groton, NY

              13073

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: UNITED STATES Government

      Official Position: _____

      Address: WASHington, D.C.

      ALso   UNITED STATES Government

              Federal Building

              Syracuse, NewYork

b.    Defendant:    SMITHSONIAN INSTITUTION

Official Position: _____

Address:    600 MARYLAND AVE. S.W.
WASHINGTON, D.C.
20002

c.    Defendant:    DAVID SKORTON

Official Position:    SECRETARY of THE SMITHSONIAN

Address:    600 MARYLAND AVE. S.W.
WASHINGTON, D.C.
20002

Additional Defendants may be added on a separate sheet of paper.

4.                    **FACTS**

    Set forth the facts of your case which substantiate your claim of violation of your civil
and/or Constitutional rights.  List the events in the order they happened, naming defendants
involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY
    defendant in your complaint. (You may use additional sheets as necessary).**

    ON 2 OCT. 17 FED EX LEFT AN ENVELOPE ON
MY DOOR. IN THIS ENVELOPE WAS A BARRING
NOTICE. SAYING I HAVE BEEN BARRED FROM
THE SMITHSONIAN AND OTHER FEDERAL BUILDINGS
IN WASHINGTON, D.C. UNDER THREAT OF ARREST AND
INCARCERATION.
    DAVID SKORTON SECRETARY OF THE SMITHSONIAN,

5.                    **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

DAVID SKORTON - SECRETARY of THE SMITHSONIAN - A GOVERNMENT
officAl VIOLATED my CONSTITUTIONAL RigHTs By Refusing
AND DENYiNg me my RiGHTs To VisiT NATIONAL TreAsures
oN UNiTed STATes of AmericA GovernmeNT ProperTy, wHich
IS owNed By THe ciTizeNs, uNder THreAT of ArresT ANd
INCArcerATioN.        **SECOND CAUSE OF ACTION**

DAViD SKorToN Accuses me of HosTile AcTioNs AgAiNsT
Him ANd CorNell UNiversiTy IN AdverTise meNTs THAT
I plAced IN LocAl pApers. I Tell THe News NO
oNe ELse will ReporT oN. THis IS Freedom of Press.

_____

### THIRD CAUSE OF ACTION

DAViD SKorToN ALso Accuses me of HosTile
AcTioNs AgAiNsT Him ANd CorNell UNiversiTy
IN ANd oN SigNAge I HAve LAwfully ErecTed oN
my properTy. AgAiN I ReporT THe News. THis IS
Freedom of Speech. By His AcTioNs DAViD SKorToN
IS THe oNe THreATiNg ANd HosTile TowArds me ANd
my CoNsTiTuTioNAL RigHTs As A ciTizeN ANd VeTerAN
of THe uNiTed STATes of AmericA.

6.    **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

I WANT JusTice. I WANT THe CourT
To Give me my ~~big~~ CoNsTiTuTioNAL RighTs
BAck ANd DAmAges.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 23 OCT 2017

_John Alvin Beck_

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

A Government official, Has Violated
And Denied me my Constitutional Rights
To visit Government Properties IN
Washington, D.C. Does This mean the
Government of the United States of
America Is Against The Constitution?

I Never Wanted To See or Talk To
David Skorton when He was president
of Cornell, which Is Twenty miles From me.
So why would I want to See or Talk
To Him when He Is Four Hundred miles
Away IN Washington, D.C.

I Have Never met, Do Not Care To meet
And Do Not Ever Want To meet David Skorton.

David Skorton Misrepresented The Truth
Saying I was IN Washington, D.C. Three
Times This year Asking About Him.

I Could Care Less About David Skorton.
I Have more Important Things IN my Life.

I Have Never Been IN Washington, D.C.
IN my Life - I Repeat I Have Never Been
IN Washington, D.C. IN my Life.

I Living on Limited Funds Have No money to Travel To Anyplace.

On Misrepresenting The Truth And Barring me From The Chance To visit Government Properties David Skorton Has Violated and Denied me my Constitutional Rights.

David Skorton Has over stepped His Bounds By His Actions. If I Have Broken any Laws By my Reporting News Why Has No one Taken me to A Court of Law?

Copy

# SMITHSONIAN INSTITUTION
**Office of Protection Services**

# BARRING NOTICE
Date: 09/29/2017

Pursuant to 40 USC § 6306, 36 CFR § 504.5, and Section 22-3302 of the District of Columbia Code, you are hereby notified that effective immediately you are no longer permitted in the buildings or grounds specified below through September 30, 2018:

LOCATION(S): Smithsonian Institution buildings and grounds on the National Mall in Washington, DC, specifically the following buildings and their grounds: the Smithsonian Building ("the Castle"), the Arts and Industries Building, the Freer Gallery of Art and the Arthur M. Sackler Gallery, the Hirshhorn Museum and Sculpture Garden, the National Air and Space Museum, the National Museum of African Art, the National Museum of African American History and Culture, the National Museum of American History, the National Museum of the American Indian, the National Museum of Natural History, and the S. Dillon Ripley Center.

IF YOU FAIL TO OBEY THIS NOTICE YOU WILL BE ARRESTED AND CHARGED WITH UNLAWFUL ENTRY.

REASONS:

For over 10 years, you have engaged in a campaign to draw attention to what you have characterized as the systematic slaughter of innocent animals at Cornell University. Your campaign has included placing advertisements in local New York papers and erecting signage on your property. In addition, you sued Cornell for dismissing you from employment. Your campaign has included hostile accusations against Dr. Skorton, Cornell's former president.

Since Secretary's Skorton's appointment at the Smithsonian, you have sent correspondence to the Smithsonian multiple times accusing Dr. Skorton of crimes and violence. The tone of your letters has been hostile.

You have been observed at the Smithsonian on at least three occasions this summer and fall asking for the location of the Secretary's office, despite having no business to conduct with the Smithsonian. Most recently, on September 26, 2017, you were present at the Smithsonian castle and inquired about the location of the Secretary's office and his phone number. When asked the nature of your business with the Secretary, you raised your voice then told the officer to disregard your inquiry. You indicated that you had attended school with the Secretary, but refused to leave any contact information.

Because of your long-standing record of hostility towards Secretary Skorton, your repeated recent attempts to locate his office, and the confrontational and evasive behavior you displayed on Smithsonian grounds, you are hereby denied admission to the buildings or grounds identified above through September 30, 2018.

NAME: Beck, John    DOB [Redacted] 1939    ; SEX: Male    ; RACE: White;

EYES: Green    ; HAIR: Gray    ; HEIGHT: 5'11"    ; WEIGHT: 250

ADDRESS: 422 Champlin Road, Groton, NY 13073

BY ORDER OF:    Jeanne O'Toole                Date: 09/19/2017

Director, Office of Protection Services    (202) 633-5650

Signature: _[signature]_ for Jeanne O'Toole

Please note: Any individual barred from Smithsonian buildings and grounds may appeal the decision by submitting a written notice of appeal within 15 days after receipt of this barring notice to the Director, Office of Facilities Engineering and Operations, 600 Maryland Avenue, SW; P.O. Box 37012, MRC 526; Washington, D.C. 20013, stating the grounds upon which the individual contends the decision should be modified or reversed and providing any information in support of his/her request. **The barring notice remains in effect while the appeal is pending.**

This <u>BARRING NOTICE</u> was read to the subject, explained, and served by:

NAME OF SERVER (print): _Douglas Hall_

SIGNATURE: _[signature]_    DATE: _9/29/2017_

TITLE (print): _Deputy Director, OPS_    BADGE NO.: _____

I have read the <u>BARRING NOTICE</u>, understand its meaning, and acknowledge receipt:

RECIPIENT'S SIGNATURE: _____ DATE:_____

ADDRESS:_____ TEL:_____

WITNESS SIGNATURE:_____ DATE_____

NAME (print):_____

TITLE (print): _____ BADGE NO._____