UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JOHN ALVIN BECK,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    Civil Action No.  17-2488 (TSC)
                                    )
UNITED STATES GOVERNMENT, *et al.*, )
                                    )
            Defendants.             )
_____ )

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Dismiss [16] is GRANTED; it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order.

The Clerk of the Court shall mail a copy of this Order to:

> JOHN ALVIN BECK
> 422 Champlin Road
> Groton, NY 13073

SO ORDERED.

DATE: July 9, 2018              /s/
                                TANYA S. CHUTKAN
                                United States District Judge